IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Victor Hartsook, :
:
     Petitioner(s), :
: Case Number: 1:15cv598
vs. :
: Judge Susan J. Dlott
Warden, Belmont Correctional Institution, :
:
     Respondent(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 16, 2016 a Report and Recommendation (Doc. 17). Subsequently, the respondent filed objections to such Report and Recommendation (Doc. 18).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, it is ordered that the petition is hereby DISMISSED with prejudice. Reasonable jurists will not disagree with the conclusion as to Grounds Two and Three. Petitioner is DENIED a certificate of appealability on those grounds. Regarding Ground One, the Court believes the question is close enough to grant a certificate of appealability.

IT IS SO ORDERED.

                                     ___s/Susan J. Dlott_____
                                     Judge Susan J. Dlott
                                     United States District Court